UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY T. GAY,
    Plaintiff,

                                      Case No. 11-10771

v.                                  Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.
                                      /

## **AMENDED JUDGMENT**

Plaintiff filed this action challenging Defendant's denial of his applications for Social Security Disability Insurance Benefits and supplemental security income in January 2008. This Court previously entered a Judgment in favor of Defendant and against Plaintiff and Plaintiff appealed. On April 2, 2013, the Sixth Circuit Court of Appeals issued a decision vacating the Judgment, remanding the matter, and instructing this Court to remand the case to the Social Security Administration for clarification of the Administrative Law Judge's decision.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that this matter is **REMANDED** to the Commissioner for further review consistent with the Sixth Circuit's April 2, 2013 decision.

Dated: May 30, 2013                    s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Frederick J. Daley, Jr., Esq.
AUSA Lynn M. Dodge
Magistrate Judge Mona K. Majzoub